# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Greta K. Postma and Harold O. Postman

Plaintiff

v.

Loren J. Veldhuizen; Klay, Vendhuizen, et al. Law Firm, Mary Lou Vander Wel; Terry L. Johnson; Don Vander Stoep; Gordon Abels; Dan De Vries; Glenn Vos; Paul Muyskens; Stan De Haan; Daryl Beltman; Stan Van Otterloo; Earl Woudstra; Ryan Achterhof; Don Schreur; Invisison Architecture; Larry Leslie; Dale Pluim; Sioux County, Iowa; Jim R. Schwiesow; Del Wallinga; Robert Hagey; Mark Schouten; Phyllis E. Kroon; Merlyn D. Vander Broek; Ken Wirth; Leesa J. McNeil; James D. Scott; Richard J. Vipond; The State of Iowa Third Judicial District County of Chippewa, MN; Mike Dann; D. Hodge; Clara City MN; Ralph Bradley; Steve Ekdom; Roger Langstraat; Gary E. Wenell and Dale McKinney

Defendants

Case No. Civil 00-1562 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate Judge Boylan's Report and Recommendation dated 7/5/00 is adopted. Plaintiff's respective applications to proceed without prepayment of fees are denied. Plaintiffs' action is summarily dismissed without prejudice.

DATE:

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

9